IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MANUEL JESUS ARGUIJO-CERVANTES,

        Petitioner,               JUDGMENT IN A CIVIL CASE

   v.                                      Case No. 12-cv-667-wmc

UNITED STATES OF AMERICA,

        Respondent.

---

      This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

---

      IT IS ORDERED AND ADJUDGED that judgment is entered denying petitioner Manuel Jesus Arguijo-Cervantes' motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255.


      _____s/ A. Wiseman, Deputy Clerk_____        _____12/5/2013_____
             Peter Oppeneer, Clerk of Court                             Date